## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Superb Motors Inc, et al. v. Deo, Inc, et al.　　　Docket No.: 25-2189

Lead Counsel of Record (name/firm) or Pro se Party (name): Emanuel Kataev, Esq., Sage Legal LLC

Appearance for (party/designation): Plaintiff-Appellants Superb Motors Inc, Team Auto Sales LLC, and Robert Anthony Urrutia

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.　See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.　The following parties do not wish to participate in this appeal:
　　　Parties: _____
( ) Incorrect.　Please change the following parties' designations:
　　　Party　　　　　　　　　Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.　As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Emanuel Kataev, Esq.
Firm: Sage Legal LLC
Address: 18211 Jamaica Avenue, Jamaica, NY 11423-2327
Telephone: (718) 412-2421　　　Fax: (718) 489-4155
Email: emanuel@sagelegal.nyc

### RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.　The short title, docket number, and citation are:_____
Superb Motors, Inc., et al. v. Deo, et al.; Docket No.: 25-1330
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.　The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on_____ or renewal on _____.　If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Emanuel Kataev, Esq.
Type or Print Name: Emanuel Kataev, Esq.
　　　OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.