# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Superb Motors Inc. et. al. v. Deo et al.     Docket No.: 25-2189

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jeffrey C. Ruderman

Firm: Cyruli Shanks & Zizmor LLP

Address: 420 Lexington Avenue, Suite 2320, NY, NY 10170

Telephone: 212-661-6800     Fax: 212-661-5350

E-mail: jruderman@cszlaw.com

Appearance for: Appellants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Emanuel Kataev/Sage Legal )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jeffrey C. Ruderman

Type or Print Name: Jeffrey C. Ruderman