UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand twenty-five.

Superb Motors Inc., Team Auto Sales LLC, Robert Anthony Urrutia,

        Plaintiffs - Appellants,

Northshore Motor Leasing, LLC, Brian Chabrier, individually and derivatively as a member of Northshore Motor Leasing, LLC, Joshua Aaronson, Jory Baron, 189 Sunrise Auto LLC, 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC, Island Auto Management, LLC,

        Plaintiffs,

  v.

Anthony Deo, Sarah Deo, Harry Thomasson, Dwight Blankenship, Marc Merckling, Michael Laurie, Car Buyers NYC Inc., Gold Coast Cars of Syosset LLC, Gold Coast Cars of Sunrise LLC, Gold Coast Motors Automotive Group LLC, Gold Coast Motors of LIC LLC, Gold Coast Motors of Roslyn LLC, Gold Coast Motors of Smithtown LLC, UEA Premier Motors Corp., Thomas Jones, CPA, DLA Capital Partners Inc., Jones, Little & Co., CPA's LLP, Flushing Bank, Libertas Funding LLC, JPMorgan Chase Bank, N.A.,

        Defendants - Appellees,

Nissan Motor Acceptance Company, LLC,

**ORDER**
Docket No. 25-2189

Intervenor.

_____

A notice of appeal was filed on August 29, 2025. The Appellant's Form D due September 12, 2025 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective October 3, 2025 if the Form D is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court