# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

September 26, 2025

**VIA ACMS**
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

>     *Re:*    **Superb Motors Inc.,** *et al.* **v. Deo,** *et al.*
>              **Docket No.: 25-1330_____**

Dear Sir or Madam, and may it please the Court:

      This firm, together with Cyruli Shanks & Zizmor LLP, represents the Plaintiff-Appellants in the above-referenced appeal. Appellants respectfully submit this letter in accordance with Local Rule 31.2(a)(1)(A) to advise the Court of the date by which the Appellants' Appendix and Brief will be filed. Please be advised that, on behalf of the Appellants, we will be filing the Appendix and Brief in the above-referenced appeal by Friday, December 26, 2025. Appellants thank this honorable Court for its time and attention to this appeal.

Dated: Jamaica, New York
      September 26, 2025

Respectfully submitted,

**SAGE LEGAL LLC**
 */s/ Emanuel Kataev, Esq.*____
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff-Appellants*
*Superb Motors Inc,*
*Team Auto Sales LLC, and*
*Robert Anthony Urrutia*

Dated: New York, New York
      September 26, 2025

**CYRULI SHANKS & ZIZMOR LLP**
By : _*/s/ Jeffrey C. Ruderman, Esq.*____
Jeffrey Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170-0002
(212) 661-6800 (office)
(347) 379-4622 (direct dial)
(212) 661-5350 (facsimile)
jruderman@cszlaw.com

*Attorneys for Plaintiff-Appellants*
*189 Sunrise Hwy Auto LLC,*
*Northshore Motor Leasing, LLC,*
*1581 Hylan Blvd Auto LLC,*
*1580 Hylan Blvd Auto LLC,*
*1591 Hylan Blvd Auto LLC,*
*1632 Hylan Blvd Auto LLC,*
*1239 Hylan Blvd Auto LLC,*
*2519 Hylan Blvd Auto LLC,*
*76 Fisk Street Realty LLC,*
*446 Route 23 Auto LLC,*
*Island Auto Management, LLC,*
*Brian Chabrier,*
*Joshua Aaronson, and*
*Jory Baron*

**<u>VIA ACMS</u>**
All counsel of record