NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Superb Motors v. Deo     Docket No.: 25-2189

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Lorin A. Donnelly

Firm: Milber Makris Plousadis & Seiden, LLP

Address: 1000 Woodbury Road, Suite 402

Telephone: 516-870-1123     Fax: 516-712-4013

E-mail: ldonnelly@milbermakris.com

Appearance for: Jones, Little & Co., CPA'S LLP/Deefendant-Appellee
(party/designation)

Select One:

[✔] Substitute counsel (replacing lead counsel: John Lentinello/Milber Makris Plousadis & Seiden )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 15, 2021     OR

[ ] I applied for admission on _____ .

Signature of Counsel: *Lorin A. Donnelly*

Type or Print Name: Lorin A. Donnelly