# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand twenty-five.

Before: William J. Nardini,
*Circuit Judge.*

---

Superb Motors Inc., et al.

Plaintiffs - Appellants,

v.

Anthony Deo, et al.

Defendants - Appellees,

Nissan Motor Acceptance Company, LLC,

Intervenor.

---

**ORDER**

Docket Nos. 25-1330 (L), 25-2189 (Con)

Appellants move for a 90-day extension of time to file their opening brief or for a stay of briefing schedule pending the district court's decision on their motion to dissolve the injunction.

IT IS HEREBY ORDERED the motion is DENIED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court