**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: December 23, 2025
Docket #: 25-1330
Short Title: Superb Motors Inc. v. Deo

DC Docket #: 2:23-cv-6188
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Magistrate Judge - James M. Wicks

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for sanctions filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, January 6, 2026 at 10:00am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.