**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: August 17, 2026
Docket #: 25-1330
Short Title: Superb Motors Inc. v. Deo

DC Docket #: 2:23-cv-6188
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: James M. Wicks

## NOTICE OF MOTION PLACED ON THE CALENDAR

Motions for remand, to dismiss, and for sanctions filed in the above-referenced case have been added as an argued case to the substantive motions calendar for Tuesday, September 1, 2026. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.