# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of August, two thousand and twenty-six,

---

Superb Motors Inc., et al.

Plaintiff - Appellants,

v.

Anthony Deo, et al.

Defendants - Appellees,

Nissan Motor Acceptance Company, LLC,

Intervenor.

---

**ORDER**
Docket Nos. 25-1330 (L), 25-2189 (Con.)

Appellee, Flushing Bank moves to adjourn oral argument scheduled on the motions calendar for Tuesday, September 1, 2026.

IT IS HEREBY ORDERED that the motion is DENIED. The motion will be taken on submission.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

